# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: PROMULGATION OF
FINANCIAL REGULATIONS
PURSUANT TO ACT 22 OF 2023

: NO. 601
:
: JUDICIAL ADMINISTRATION
: DOCKET
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of November, 2023, it is ordered, pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and 42 Pa.C.S. § 3502(a), that the attached amendments to the Financial Regulations are hereby adopted.

    To the extent that notice of proposed rulemaking may be required by Pa.R.J.A. 103(a), the immediate promulgation of the regulations is hereby found to be in the interests of efficient administration. *See* Pa.R.J.A. 103(a)(3).

    This Order is to be processed in accordance with Pa.R.J.A. 103(b), and the amendments shall be effective immediately.

Additions are shown in bold and are underlined.
Deletions are shown in bold and are bracketed.